

# United States District Court for the Northern District of Illinois

Case Number: **17cv7781**          Assigned/Issued By: **DJ**

Judge Name: **LEINENWEBER**          Designated Magistrate Judge: **WEISMAN**

## FEE INFORMATION

**Amount Due:**  ☐ $400.00   ☐ $46.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $505.00

Number of Service Copies _____          Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

## ISSUANCES

☐ Summons          ☐ Alias Summons

☐ Third Party Summons          ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons          _____

☑ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____
*(Type of Writ)*

**2** Original and **2** copies on **02/22/19** as to _____
*(Date)*

BANK OF AMERICA (DENNIS A BREBNER), BANK OF AMERICA (DENNIS A BREBNER & ASSOCIATES). NOTICES FILED.

Rev. 08/19/2016