**FILED**

**UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION**

FEB 2 2 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| MICHAEL ECHOLS | ) | |
| | ) | |
| PLAINTIFF, | ) | Civil Action No. 17-cv-07781 |
| | ) | |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| DENNIS A. BREBNER d/b/a | ) | Magistrate Judge David Weisman |
| DENNIS A. BREBNER & ASSOCIATES | ) | |
| DEFENDANTS. | ) | |

**NOTICE OF ~~MOTION~~ CITATION**

On March 19, 2019 at 9:30 am in Room 1941 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, or as soon thereafter I shall appear before the Honorable Judge Leinenweber and there present PLAINTIFF'S CITATION TO DISCOVER ASSETS TO A THIRD PARTY.

Respectfully Submitted,

/s/*Celetha C. Chatman*
Celetha Chatman

Celetha Chatman
Attorney at Law
Community Lawyers Group, Ltd.
20 North Clark Street, Suite 3100
Chicago, IL 60602
Ph: 312.757.1880
fax: 312.476.1383
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

## CERTIFICATE OF SERVICE

I, Celetha Chatman, an attorney, hereby certify that on February 22, 2019, I filed the foregoing with the clerk who will file it in the CM/ECF system, which will send notification of such filing to all attorneys of record. I will also serve a copy on Bank of America by messenger at 105 W. Madison Street, Chicago, Illinois 60602.

**Dated: February 22, 2019**                                       Respectfully submitted,

                                                               By: __/s/ *Celetha Chatman*