TL

## United States District Court for the Northern District of Illinois

Case Number: 17-cv-7781

Assigned/Issued By: TG

Judge Name: Leinenweber

Designated Magistrate Judge: Weisman

---

### FEE INFORMATION

**Amount Due:**
- [ ] $400.00
- [ ] $46.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $505.00

Number of Service Copies _____

Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____

Receipt #: _____

Date Payment Rec'd: _____

Fiscal Clerk: _____

---

### ISSUANCES

- [ ] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
- [ ] Wage-Deduction Garnishment Summons
- [✓] Citation to Discover Assets
- [ ] Writ _____
       (Type of Writ)

(Victim, Against and $ Amount)

__1__ Original and __1__ copies on __11/06/19__ as to __DENNIS A. BREBNER__
                                    (Date)

_____

Rev. 08/19/2016