**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NOV 06 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NOV 0 6 2019

| | | |
|---|---|---|
| MICHAEL ECHOLS | ) | |
| | ) | |
| PLAINTIFF, | ) | Civil Action No. 17-cv-07781 |
| | ) | |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| DENNIS A. BREBNER d/b/a | ) | Magistrate Judge David Weisman |
| DENNIS A. BREBNER & ASSOCIATES | ) | |
| DEFENDANTS. | ) | |

## NOTICE OF CITATION

On November 19, 2019 at 9:30 am in Room 1941 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, or as soon thereafter I shall appear before the Honorable Judge Leinenweber and there present PLAINTIFF'S CITATION TO DISCOVER ASSETS.

Respectfully Submitted,

/s/*Celetha C. Chatman*
Celetha Chatman

Celetha Chatman
Attorney at Law
Community Lawyers LLC
20 North Clark Street, Suite 3100
Chicago, IL 60602
Ph: 312.757.1880
fax: 312.476.1383
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com